The court here understands that the problem here was a misdemeanor. So that means our future self-improvement is finance, and we're not going to be there to help them on that. So the thesis is here is that the IAEA comment that you share is ineligible for asylum or is fully provable, and so it was the Supreme Court that participated in the prosecution. I was just really interested in what this officer's opinion is. I think what you're saying was incredibly defining, and I'm not even sure if this is for your prosecution, but there are three main issues with this today. I don't know if you can hear me, but the first two are pretty small in our problem here. So let's hear these first two. The first issue is whether there's any unusual act of prosecution in regard to these options in your position. In order for someone to be barred from asylum, that's a different case. In that case, it's a prosecution. There has to be an act of prosecution on the person. I mean, in the case of the deceased, the former deceased and the deceased, there is not. There's no act of prosecution. I've heard that this should be tied into the court such as to be a part of the court. So I think the first issue, as far as you're saying, is just whether there actually is a possibility that there could be an act of prosecution on the person you're referring to. And I don't know. I'm not sure if this is an act of prosecution for others. The second issue is whether you can actually put them into the village that you're talking about. You can't say that you are a foreign citizen or that you're a military terrorist or something like that, but you're referring to a village that you can. So I think there is a person in the military who is in control of a court around the course of only two years to have their treatment. The person is told that it's in any law and that they're going to be facing adverse consequences if they don't acknowledge the terrorist and kill all of their people. And the police are actually searching for that person and trying to take the police reporter from each neighbor and also a bunch of cousins and building fire on the police and those firefighters and then what just happened is the person survives after many years of this terrorist attack. I think that the fact that the judiciary acknowledged to having written a report about this terrorist two years before the terrorist attack and the fact that the police were searching for him is that there began to be places where there is a prosecution in the case. We were saying criminal law in the case for a more severe criminal investigation and he died in a terrorist incident and it's not an actual prosecution. It's an incident of another person. There are no evidence of persecution in this record that can be pointed to, that can be tweeted in any way to the judiciary. The government, the government's argument is that we're promoting the PMA, and I agree with it. It's not because there were many persecution activities in India during the time that the judiciary was working for the police. It's because the judiciary has always told me that people we wrote reports about might be arrested, might be harmed, and he should be held accountable for basically all of the general persecution that occurred in India. I think that I'm just sitting on an irrational point. So, again, the first issue, I think, is that there are no actual acts of persecution that can be tied to the PMA. The second issue, in order to find the problem, is to say that persecution also needs to be addressed. It's just kind of projected around the time that persecution was being committed upon a person's will, and then later on, after all the issues were erased. In this case, the petitioner was very consistent throughout his disciplinary court that every person he wrote a report about was either someone he believed to be either actively doing terrorist activities or including terrorist activities, and these were all people he believed to be or his opinions on terrorist activities. He was the one filing reports on people because they belonged to him, and he was a political party. The petitioner didn't even belong to any political party himself. So, there was no persecution on account of what was on the ground at any time in the petition, because any report in the petition alone based on the report was sufficient of terrorism, and if the police said, I'm going to find all of them on the petitioner's reports and arrest them, then the arrest would have been because the opinion is part of a criminal investigation or investigation, subject to terrorist activities. So, there can't be an emphasis to a projected ground because every report is based on a particular criminal investigation that the petitioner wants to impose. The third issue, and I think we'll only get to the third issue of the court file, is that the petitioner actually was tied to some kind of persecution, and that kind of persecution was tied in most cases to the opinion of the petitioner. And as we've started, I don't think that either of those findings can be made. The third issue is, what's the burden of proof, and who has the burden of proof in a case like this? In order for someone to be far from the side of the persecutor bar, they have to be, they have to have been found to have assisted in progress in the persecution, or as you mentioned earlier, it seems to be very straightforward, and if someone has participated or assisted in the persecution, by virtue of the account of an interview round, that they are eligible for some kind of regulations, say, basically, the same kind of regulation. As of today, the law changed in 1997 to mention that it's a mental genetic incest in terms of the educational background or anything about the persecution. So, if that wasn't just a recall of the first silo, it's actually slowing into a very traditionally a conspiracy theory. So, it seems to me, in itself, which is, if someone participated in the persecution, on account of an interview round, then they're an eligible person. So, the question is, if someone is found to have participated in the persecution, then at what point does the burden shift to the person's performance in the interview round versus in the persecution? And, what we found, what we're seeing in the VA, the state and local VA, specifically applying the law, that is, in fact, before 1997, and as you see, for example, after 1997, it's been a relatively neutral law, but I think that the respondents extremely argue the case through the VA institution, because the law is basically the same today as it was prior to 1997. That's what the respondents are using currently, right? But, I would say that the law was changed in 1997. Prior to 1997, the law said that if the evidence indicates that someone participated in the persecution, then the animals or child were in a particular component and he or she did not participate. So, prior to 1997, the law was very specific. It said if the evidence indicates that they participated in the persecution, then they are the group that needs to know that they participated in the persecution. As you can see in the foreword, the law says if Section 208 of the Act applies then we are in violation of Section 208 of the Act. It says if someone actually participated in the persecution or if they were in a particular component. So, the respondents argue that basically, if the defendant might have participated in the persecution, then they are the group that needs to know that they participated in the persecution. And I'm saying that because he was a police officer awaiting reports by people in early 1993 and during this time, there was a lot of persecution going on. It shows that he or she might have participated in the persecution and it would be contrary to the foreword that I was going to say, which is that he or she participated in the persecution. But, I think that's the wrong statement. I think that's a very harsh statement and I think that the law specifically says in regards to this law, he or she participated in the persecution. Again, if you imagine persecution in terms of any type of policies that the persecution has been around since the beginning or when the persecution happened, in this case, the only grounds that he was cited for writing reports was certain things that he said to me. On that note, the BIA also did say that the victim shares that he wrote reports about people who were suspected of terrorist activity and all other points of view. That is, some of the words in the literature about during the removal period when he was declined, the California Department of Homeland Security process in the literature started interchangeably using the term suspected terrorist and the meaning of the term suspected terrorist in an appropriate way to describe himself never once used the term suspected terrorist in the investigation that I was involved in. He said that he read regularly the information about suspected terrorists that he inserted in his reports and he didn't tell you what he did in the department where he was inserted. So that's on page 138 of the administrative record. And  there and he said he was there and he said he said he was there and he said he was there  was there and he was there and the other figures said they believe him .
judges: Schroeder, Thomas, Nguyen